UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HAROLD DEAN CANFIELD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:12-cv-00050 |
| | ) | JUDGE CRENSHAW |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 27), no which no objections have been filed. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 12) is **GRANTED**, the Commissioner's decision is **REVERSED**, and this action is **REMANDED** for further proceedings consistent with the Report and Recommendation. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE